

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2014

No. 04-13-00612-CV

Sage M. **BARRERA** and Jenesey Barrera,
Appellants

v.

Dean T. **CHERER,**
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2013-CV-0077
Charles Ramsay, Judge Presiding

# O R D E R

Appellants' second motion to amend brief is hereby GRANTED.


It is so **ORDERED** on March 4, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court